

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ANTHONY GALE,<br><br>Defendant. | CR 17–21–BU–DLC<br><br>ORDER |

Before the Court is Defendant's Unopposed Motion to Allow Counsel to Provide Client with a Copy of Discovery (Doc. 29). The United States does not oppose this Motion on the contingency that Defendant be prohibited from sharing, distributing, or duplicating the discovery documents disclosed to him. As an additional matter, the Court is satisfied that L.R. CR 16.4 is inapplicable to the requested disclosures. Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion to Allow Counsel to Provide Client with a Copy of Discovery (Doc. 29) is GRANTED.

IT IS FURTHER ORDERED that Defendant is hereby prohibited from sharing, distributing, or duplicating the documentation disclosed to him.

DATED this 1st day of February, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court